IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRP HOLD OX, LLC, and<br>TDBBS, LLC, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION |
| WILLIAM CHILIAN, | § § | NO. _____ |
| Defendant. | § § § | |

## PLAINTIFFS' DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

In accordance with Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiffs BRP Hold Ox, LLC ("BRP") and TDBBS, LLC ("TDBBS") (collectively, "Plaintiffs"), states as follows:

TDBBS's sole member is BRP. BRP's sole member is BRP Hold Nightingale, LLC. There are no publicly held corporations that own 10% or more of Plaintiffs.

Respectfully submitted,

*/s/Charles A. McCauley III*
Charles A. McCauley III (#4738)
Zarwin Baum DeVito Kaplan
Schaer Toddy, P.C.
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 299-1031 (Tel)
(302) 391-1126 (Fax)
Email: camcauley@Zarwin.com
Attorneys for Plaintiffs BRP HOLD OX, LLC, and TDBBS, LLC,

Dated: January 23, 2018